**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

**No. 01-60319**
_____

**JAMES ARNOLD**

**Petitioner,**

**versus**

**NABORS OFFSHORE DRILLING, INC.; DIRECTOR, OFFICE OF WORKER'S
COMPENSATION PROGRAMS, U.S. DEPARTMENT OF LABOR**

**Respondents.**

_____

**Petition for Review from the Benefits Review Board
(99-LHC-819)**
_____

**February 11, 2002**

Before DUHÉ, BARKSDALE, and DENNIS, Circuit Judges.

PER CURIAM:[*]

    **AFFIRMED.** _See_ 5TH CIR. R. 47.6.

---

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.